# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Cheryl M Turner,<br>*Plaintiff*<br>v.<br>Commissioner of Social Security Administration,<br>*Defendant* | Civil Action No.  0:18-00485-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the decision of the Commissioner is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge presiding. The court having adopted the Report and Recommendation of Magistrate Judge Paige J. Gossett which affirmed the decision of the Commissioner.

Date: September 19, 2019

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*